170 A.3d 291

### In the MATTER OF WEINTRAUB FOR the APPOINTMENT OF A GUARDIAN OF the PROPERTY

**Pet. Docket No. 217, Sept.Term, 2017**

Court of Appeals of Maryland.

September 12, 2017

Opinion of the Court of Special Appeals unreported (No. 813, Sept.Term, 2016). Transferred to the regular docket as No. 44, Sept.Term, 2017.

Petition for writ of certiorari granted

170 A.3d 291

### LAMALFA

v.

### HEARN

**Pet. Docket No. 190, Sept. Term, 2017**

Court of Appeals of Maryland.

September 12, 2017

Reported below: 233 Md.App. 141, 163 A.3d 205. Transferred to the regular docket as No. 39, Sept.Term, 2017.

Petition for writ of certiorari granted